FILED

NOT FOR PUBLICATION

MAR 29 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30123 |
| Plaintiff - Appellee, | D.C. No. 1:08-CR-00036-RFC |
| v. | |
| RON ONEIDA WHITEMAN, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, Chief District Judge, Presiding

Submitted March 16, 2010[**]

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Ron Oneida Whiteman appeals from the 293-month sentence imposed

following his guilty-plea conviction for aggravated sexual abuse, in violation of

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

EOH/Research

18 U.S.C. §§ 1153(a) and 2241(a)(1).  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Whiteman contends that the district court erred by denying a sentencing reduction for acceptance of responsibility on the ground that, while awaiting sentencing, he committed a new, unrelated crime.  This contention fails under *United States v. Mara*, 523 F.3d 1036, 1038-39 (9th Cir. 2008).   Whiteman further contends that the resulting sentence is unreasonable.  The record reflects that the district court did not procedurally err.  *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).  Additionally, in light of the totality of the circumstances, including the 18 U.S.C. § 3553(a) sentencing factors, the district court's sentence is substantively reasonable.  *See id.*

**AFFIRMED.**